## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Susan Marie Hunter ex rel minors
Amt and CHT ,

_____ ,

_____ ,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** 1:18CV220 MW GRJ
*(To be filled in by the Clerk's Office)*

**v.**

the mand.b.A Gary R. Jones, Magistrate
in his private copacity ,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

_____ /

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

Special deposit private priority trustees

all rights reserved

FILED USDC FLND GV
OCT 31 '18 PM 12:36

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

1

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Susan Marie Hunter

   Address: General Post Office

   Box Seventy

   City, State, and Zip Code: Island Grove, Florida 32654-9998

   Telephone: _____ (Home) _____ (Cell)

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Gary R, Jones, Magistrate

Official Position: Magistrate

Employed at: United States District Court

Mailing Address: _____

_____

✓ Sued in Individual Capacity        □ Sued in Official Capacity

2. Defendant's Name: Jessica J, Lyublanovits

Official Position: Clerk of Court

Employed at: United States District Court

Mailing Address: _____

_____

✓ Sued in Individual Capacity        □ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)          ☐ State/Local Officials (*§ 1983 case*)

### III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

the man d.b. A Gary R. Jones has issued orders Colorable orders under color of law to obstract my right of due process and right of redress of greivance to my right to access the court without sale denial or delay.

the woman d.b. A Jessica J. Lyblanovits also has a duty to protect my Constitutionally protected rights and is working in collusion

with Gary R. Jones to obstruct my access to redress of grievance

**Factual Allegations, Continued** *(Page ___ of ___)*

the woman d.b.A Jessica J. Lyblanovits has a duty
to also protect my right to access the court without
Sale, denial, or delay.

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

5

## IV.   STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

My right to access the court for. redress grievance is protected by the First Amendment of the Constitution for the United states of America, my right to due process is protected by the Fifth Amendment of the constitution for the united States of America. my right to freedom of religion is protected by the First Amendment of the Constitution for the United States of America.

article three of the constitution for the united states of America protects my right access the Judiciary branch of government. the thirteenth Amendment of the constitution for the united states of America protects my right to not be forced into involuntary contract with Gary R. Jones, Gary R. Jones is an Attorney and holds a title of nobility, and i am under no obligation to contract with him.

## V.   RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

i seek Judicial review for case 1:18-cv-193-MW with finding of fact and conclusion of law on my federal question what authority does Gary R. Jones have to violate my constitutionaly protected right to access the court for redress grievance? What Authority does Gary R. Jones have to violate my First Amendment protected right to freedom of religion and speech. What Authority is indemnifying Gary R. Jones actions?

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

6

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

the C.C.y the twenty-fifth day of the tenth month two thousand and Eighteen.

~~Date:~~ _____   Plaintiff's Signature: _by: _____

Printed Name of Plaintiff: __Susan Marie Hunter__

Address: __℅ General Post__
__Box Seventy__
__Island grove, Florida 32654-9998__

E-Mail Address: __Susan@glixy.com__

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

Telephone Number: _____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

turn over for the truth

all rights reserved

Special deposit Private Priority trust res

October 25, 2016

Notice
Greetings Jessica

i believe you are the woman doing business as Jessica J. Lyublanovits, Clerk of Court

i invoke and bind you to your oath of office. i do not consent to assignment of a magistrate on my claim And require judicial review of my claim by an Article III Judicial Officer with valid oath of office. Delivery the enclosed document to Gary R. Jones for Service of process.

by: Sa

FILED USDC FLND GV
OCT 31 '18 PM 12:35

private Priority trustles

all rights reserved

turn over for the truth

Special deposit Private Priority trust res

all rights reserved



