IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN MARIE HUNTER,

      Plaintiff,

v.                    Case No. 1:18cv220-MW/CAS

GARY R. JONES
and
JESSICA J. LYUBLANOVITS,

      Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's *pro se* Notice of Cause and Statement of Case which this Court has construed as objections to the report and recommendation, ECF No. 6. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The *in forma pauperis* motion, ECF No. 2, is **GRANTED**, but the Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted and because Plaintiff's claim against Defendant Jones is barred by absolute immunity." The Clerk shall close the file.

**SO ORDERED on November 19, 2018.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**